UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>Dmitrii Belonogov</u>

     v.                       Civil No. 1:25-cv-388-SE-TSM

<u>FCI Berlin, Warden, et al.</u>

O R D E R

Dmitrii Belonogov filed a petition for a writ of habeas corpus on October 8, 2025, contesting his detention and requesting, inter alia, a bond hearing. <u>See</u> doc. no. 1. The allegations in the petition suggest that the petitioner's case may be analogous to this court's recent order in <u>Destino v. FCI Berlin, Warden</u>, 1:25-cv-00374-SE-AJ.

The government is hereby directed to show cause on or before January 7, 2026, as to why the court should not issue an order granting the petition in this case to the extent of ordering the government to afford the petitioner with a bond hearing under the Due Process Clause of the Fifth Amendment and, if the government fails to comply, why the court should not grant the writ and set appropriate terms and conditions of the petitioner's release during the pendency of his removal proceedings.

SO ORDERED.

                                            Samantha D. Elliott
                                            United States District Judge

December 24, 2025

cc:    Counsel of record.